**MUNCK WILSON MANDALA, LLP**
Yael Tobi (SBN 231425)
ytobi@munckwilson.com
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0377
Facsimile:  (972) 628-3613

Attorneys for Claimant
MAREK RUDAK

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$340,000.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS,<br><br>Defendants. | Case No. 2:21-CV-07505-MCS-JEM<br><br>**DECLARATION OF YAEL TOBI IN SUPPORT OF CLAIMANT MAREK RUDAK'S MOTION TO DISMISS THE UNITED STATES OF AMERICA'S VERIFIED COMPLAINT FOR FORFEITURE**<br><br>Date:       March 7, 2022 (Monday)<br>Time:       9:00 a.m.<br>Location: Department 7C<br><br>Judge: Hon. Mark C. Scarsi<br><br>Complaint Filed: September 20, 2021 |

## DECLARATION OF YAEL TOBI

I, Yael Tobi, declare:

1.      I am a member of the state bar of California and partner with the law firm of Munck Wilson Mandala, LLP, and counsel for Claimant Marek Rudak ("Claimant"), in the above-referenced matter.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify completely to such facts under oath.

2.      I make this declaration in support of Claimant's Motion to Dismiss the United States of America's (the "Government") Verified Complaint for Forfeiture ("Complaint").

3.      On December 30, 2021, pursuant to L.R. 7-3, I participated in a telephonic meet and confer with Assistant United States Attorney, Victor A. Rodgers. During the call, I advised Mr. Rodgers of Claimant's position as to the deficiencies in the Complaint and the substance of a motion to dismiss.  Mr. Rodgers advised me that at the present time the Government does not anticipate amending the Complaint but that its position may change after the filing of Claimant's Motion to Dismiss.

4.      I am informed that the Government seized cash and valuables from 369 safety boxes at U.S. Private Vault ("USPV").  Claimant's former counsel represented some of the other individuals who rented these vaults.  Claimant's former counsel has informed me that the government agreed to return the cash and property to all of counsel's other clients but refused to do so as to Claimant.  Counsel also advised me that he has been informed by the Assistant United States Attorney that, in fact, the government has returned all property and cash belonging to all the other vault owners, **except for Claimant.**

/ / /

/ / /

/ / /

/ / /

1    I declare under penalty of perjury under the laws of the United State of
2  America that the foregoing is true and correct.

3

4    Executed on January 6, 2022, in Westlake Village, California.

5

6                                                _____
7                                                          Yael Tobi

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28