**MUNCK WILSON MANDALA, LLP**
Yael Tobi (SBN 231425)
ytobi@munckwilson.com
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0377
Facsimile:  (972) 628-3613

Attorneys for Claimant
MAREK RUDAK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>$340,000.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS,<br><br>  Defendants. | Case No. 2:21-CV-07505-MCS-JEM<br><br>**DECLARATION OF CLAIMANT MAREK RUDAK IN SUPPORT OF HIS MOTION TO DISMISS THE UNITED STATES OF AMERICA'S VERIFIED COMPLAINT FOR FORFEITURE**<br><br>Date:      March 7, 2022 (Monday)<br>Time:      9:00 a.m.<br>Location: Department 7C<br><br>Judge: Hon. Mark C. Scarsi<br><br>Complaint Filed: September 20, 2021 |

# DECLARATION OF MAREK RUDAK

I, Marek Rudak, declare:

1. I am the claimant in the above-referenced matter. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify completely to such facts under oath.

2. I make this declaration in support of Claimant's Motion to Dismiss the United States of America's (the "Government")Verified Complaint for Forfeiture ("Complaint").

3. In 2005 and in 2006, I had minor brushes with the law concerning personal medical use and cultivation of medical marijuana and electrical power theft. It is my understanding that my prior convictions were either misdemeanors or reduced to misdemeanors, and that all prior convictions have been expunged and dismissed.

4. Since 2006, I have never been arrested, have never been under any criminal investigation (to the best of my knowledge), and did not have any brushes with the law. Not even a traffic ticket.

5. Since approximately 2011, I have been employed as a glassmith, working as a consultant for various glass brands. I have assisted companies design shops, and have engaged in the import of raw glass-related materials from China.

6. I am also happily married to a doctor, a woman I met six years ago.

7. I felt that 2019 and 2020 were a disturbing and scary times in Los Angeles. Protests and riots were the normal news, banks had been boarding up their windows, and emergency alerts were prompting people to stay indoors after curfew. I felt it was unsafe to keep cash and gold at home. I was uncomfortable storing my cash at a financial institution or renting a safety deposit box at a bank due to bank closures and many people's inability to access their valuables. As such, I decided to rent a vault at United States Private Vaults ("USPV") because it was a private company renting vaults in Beverly Hills, a well-protected neighborhood.

8. On or about January 18, 2020, I opened my box at USPV, box number 5409. Attached hereto as **Exhibit A** is a true and correct copy of my agreement with USPV pertaining to the rental of my safety deposit box

9. In my box at USPV (Box No. 5409), I placed $340,000 in cash as well as miscellaneous precious items which include approximately 55 one-ounce gold coins dated from 1985 to 2021 and a stack of 1-2 gram gold KITCO cards. I believe these miscellaneous items are worth approximately $100,000.00.

10. None of the items that I placed in the box were the proceeds of criminal activity or were used to facilitate a criminal act. Rather, the money and miscellaneous items are my savings from my hard work lawful earnings.

11. I do not know any of the USPV owners. I did not know USPV or any of its owners were under a criminal investigation or involved in any unlawful conduct. I have never had any business relationship with USPV, its members, owners, or anyone associated with it (other than renting a safety deposit box at USPV).

12. In or about October 2020, I registered the trademark "Vidagen." I came up with that name as it means "life genetics"—that is, 'Vida' means life in Spanish and 'Gen' is an abbreviation for genetics. I had hoped to build a tissue culture lab. My understanding is that tissue culture is a propagation technique that has the ability to remove disease from plants, which was also the reason for the name—Vidagen—"life genetics." My hopes never came to fruition.

I declare under penalty of perjury, under the laws of the United State of America, that the foregoing is true and correct.

Executed on January 6, 2022, in Los Angeles, California.



Marek Rudak