# EXHIBIT A

TRANSACTION SUMMARY
NEW SUBSCRIPTION

| | |
|---|---|
| Date: | 1/18/2021 |
| Box #: | 5409 |
| Box Size: | 5x10 |
| Customer ID: | 2467 |
| Expiration: | 01/25/2022 |
| Insurance Coverage: | $5000 ($29) |
| Key Fee: | $100.00 |
| Total Paid: | $1,029.00 |
| Concierge: | VASQUEZ, GEORGE A. |