1  **MUNCK WILSON MANDALA, LLP**
2  Yael Tobi (SBN 231425)
   ytobi@munckwilson.com
3  1925 Century Park East, Suite 2300
   Los Angeles, California 90067
4  Telephone: (310) 286-0377
5  Facsimile:  (972) 628-3613

6
7  Attorneys for Claimant
   MAREK RUDAK

8

9  # UNITED STATES DISTRICT COURT

10 # CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| 12 | UNITED STATES OF AMERICA, | Case No. 2:21-CV-07505-MCS-JEM |
|----|---------------------------|--------------------------------|
| 13 | Plaintiff, | |
| 14 | v. | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| 15 | | |
| 16 | $340,000.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS, | Date:     February 14, 2022<br>Time:     9:00 a.m.<br>Location: Department 7C |
| 17 | | |
| 18 | Defendants. | |
| 19 | | Judge: Hon. Mark C. Scarsi |
| 20 | | |
| 21 | | Complaint Filed: September 20, 2021 |

## JOINT STIPULATION

Plaintiff United States of America and Claimant Marek Rudak (collectively the "Parties"), by and through their undersigned attorneys, stipulate and agree to the following:

## RECITALS

WHEREAS, Plaintiff United States of America filed the Complaint for Forfeiture on September 20, 2021;

WHEREAS, Claimant Marek Rudak was served with the Complaint on October 13, 2021;

WHEREAS, Claimant filed the Verified Claim of Interest Contesting Forfeiture on December 16, 2021;

WHEREAS, the Court issued an Order Setting Scheduling Conference for February 14, 2022 at 10:00 a.m. in Courtroom 7C of the First Street Courthouse, located at 350 West First Street, Los Angeles, CA 90012;

WHEREAS, the Parties filed a Joint Rule 26 Report with schedule of pretrial and trial dates on January 31, 2022;

WHEREAS, Yael Tobi, attorney for Claimant, is tested positive for Covid-19 and is recovering from their symptomatic infection;

WHEREAS, the Parties are available for a continued Scheduling Conference on the following dates: February 28, 2022, March 14, 2022 or March 21, 2022.

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that:

1. The Parties jointly request the Court to continue the Scheduling Conference currently scheduled for February 14, 202 to either February 28, 2022, March 14, 2022, March 21, 2022 or sometime thereafter if it pleases the Court.

1 | SO STIPULATED.

3 | DATED: February 11, 2022    **MUNCK WILSON MANDALA, LLP**

4 |                             By: */s/ Yael Tobi*
5 | _____          Yael Tobi
                                    Attorneys for Claimant
6 |                                 MAREK RUDAK

8 | DATED: February 11, 2022    TRACY L. WILKINSON
                                Acting United States Attorney
9 |                             SCOTT M. GARRANGER
                                Assistant United States Attorney
10|                             Chief, Criminal Division

11|                             By: */s/ Victor A. Rodgers*
12| _____          Victor A. Rodgers
                                    Assistant United States Attorneys
13|                                 Asset Forfeiture/General Crimes Sections
                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

# SIGNATURES ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 11, 2022        **MUNCK WILSON MANDALA, LLP**

                                By: */s/ Yael Tobi*
                                    Yael Tobi
                                    Attorneys for Claimant
                                    Marek Rudak