1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS (Cal. Bar No. 101281)
   MAXWELL COLL (Cal. Bar No. 312651)
6  Assistant United States Attorney
   Asset Forfeiture Section
7        Federal Courthouse, 14th Floor
         312 North Spring Street
8        Los Angeles, California 90012
         Telephone: (213) 894-2569/1785
9        Facsimile: (213) 894-0142
         E-mail: Victor.Rodgers@usdoj.gov
10               Maxwell.Coll@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                          WESTERN DIVISION

15

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07505-MCS(JEMx) |
| Plaintiff, | **STIPULATION AND REQUEST FOR ORDER DISMISSING ACTION; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER** |
| v. | |
| $340,000.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS, | |
| Defendants. | |
| MAREK RUDAK, | |
| Claimant. | |

25      Plaintiff United States of America (the "Government") and

26 Claimant Marek Rudak ("Claimant") stipulate and request that the

27 Court dismiss this action with prejudice pursuant to Federal Rule of

28 Civil Procedure 41 and enter the [Proposed] Order lodged herewith.

1      In addition to the dismissal with prejudice, the requested

2   [Proposed] Order provides that the Government shall return to

3   Claimant, the defendants in this action, $340,000.00 in U.S. Currency

4   ("Currency") and Miscellaneous Precious Items ("Precious Items"),

5   along with any other contents of box number 5409 (collectively

6   "Defendants and the Other Property") seized by law enforcement

7   officers on or about March 22, 2021, from box number 5409 at U.S.

8   Private Vaults, which is located at 9182 Olympic Boulevard, Beverly

9   Hills, California.

10      The Government shall wire to Claimant's Counsel the Currency

11   pursuant to wire instructions to be provided by Claimant's counsel

12   and containing the information the Government needs to complete the

13   wire and the Government shall make the Precious Items and any other

14   contents of box number 5409 available for pickup by Claimant and/or

15   Claimant's Counsel and will notify Claimant's Counsel of proposed

16   dates, times and location the Precious Items and any other contents

17   of box 5409 will be made available for pick up.

18      The Government is required to return Defendants and the Other

19   Property to Claimant by no later than 75 days of the date of this

20   Order, but the Government shall exercise its best reasonable efforts

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

2

1  to return the Defendants to Claimant within 50 days of the date of

2  this order.

3                                          Respectfully submitted,

4  Dated: March 8, 2022                    TRACY L. WILKISON
                                           United States Attorney
5                                          SCOTT M. GARRINGER
                                           Assistant United states Attorney
6                                          Chief, Criminal Division
                                           JONATHAN GALATZAN
7                                          Assistant United States Attorney
                                           Chief, Asset Forfeiture Section
8

9                                          _____/s/_____
                                           VICTOR A. RODGERS
10                                         MAXWELL COLL
                                           Assistant United States Attorneys
11                                         Asset Forfeiture Section

12                                         Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA
13

14 Dated: March 8, 2022                    MUNCK WILSON MANDALA, LLP

15
                                           _____/s/_____
16                                         Yael Tobi
                                           Attorneys for Claimant
17                                         MAREK RUDAK

18

19

20

21

22

23

24

25

26

27

28