UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$340,000.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS,<br><br>        Defendants.<br><br>MAREK RUDAK,<br><br>        Claimant. | Case No. 2:21-cv-07505-MCS(JEMx)<br><br>**[PROPOSED] ORDER DISMISSING ACTION** |

    Pursuant to the stipulation and request of plaintiff United States of America and claimant Marek Rudak, and good cause appearing therefor, IT IS HEREBY ORDERED that:

    1.   This action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party shall bear its own costs and attorney fees.

    2.   The United States of America (the "Government") shall return to Claimant, Marek Rudak ("Claimant"), the defendants in this action, $340,000.00 in U.S. Currency ("Currency") and Miscellaneous Precious Items ("Precious Items") along with any other contents of

1 | box number 5409 (collectively "Defendants and the Other Property")
2 | seized by law enforcement officers on or about March 22, 2021, from
3 | box number 5409 at U.S. Private Vaults, which is located at 9182
4 | Olympic Boulevard, Beverly Hills, California.
5 |     3.   The Government shall wire to Claimant's Counsel the
6 | Currency pursuant to wire instructions to be provided by Claimant's
7 | Counsel and containing the information the Government needs to
8 | complete the wire and the Government shall make the Precious Items
9 | and any other contents of box number 5409 available for pickup by
10 | Claimant and/or Claimant's Counsel and will notify Claimant's Counsel
11 | of proposed dates, times and location the Precious Items and any
12 | other contents of box number 5409 will be made available for pick up.
13 |     4.   The Government is required to return Defendants and the
14 | Other Property to Claimant by no later than 75 days of the date of
15 | this Order, but the Government shall exercise its best reasonable
16 | / / /
17 | / / /
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

efforts to return the Defendants to Claimant within 50 days of the date of this order.

Dated: _____          _____
                                       THE HONORABLE MARK C. SCARSI
                                       UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRANGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


       /s/
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA